# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois, Western Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 10 CR 5 00 05 |
| Marcus Anderson (a/k/a "Leroy") | ) | |

## ARREST WARRANT

FILED
FEB 1 1 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Marcus Anderson (a/k/a "Leroy"),

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Engaging in business of dealing in firearms without a license

in violation of Title 18, United States Code, Section(s) 922(a)(1)(A).

Date: February 9, 2010

*Issuing officer's signature*
P. Michael Mahoney, United States Magistrate Judge

City and state: Rockford, Illinois

Bail fixed at $ _____ by _____
*Name of Judicial Officer*

### Return

This warrant was received on *(date)* 2-11-10, and the person was arrested on *(date)* 2-11-10
at *(city and state)* Rockford IL.
Date: 2-11-10

*Arresting officer's signature*

CLAYTON R. MERRILL   SA/ATF
*Printed name and title*

AO 442 (Rev. USAO) Arrest Warrant (Page 2)