## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 50005 - 1 | **DATE** | 2/11/2010 |
| **CASE TITLE** | USA vs. MARCUS ANDERSON | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to arrest. Paul Gaziano appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. Financial affidavit due by and 16.1 conference to be held by February 18, 2010. Defendant's oral motion for time to March 24, 2010 to file pretrial motions is granted. USA's oral motion for the time of February 11, 2010 to and including March 24, 2010 to be deemed excludable under 18 USC 3161(h)(1) (X-E) and 18 USC 3161(h)(7)(b)(iv) (X-T) is granted. Status hearing set for March 24, 2010 at 11:00 am. USA moves for detention. Detention hearing held. Enter order setting conditions of release.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|