## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 50005 - 1 | **DATE** | 4/21/2010 |
| **CASE TITLE** | USA vs. MARCUS ANDERSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to May 19, 2010 to file pretrial motions is granted. USA's oral motion for the time of April 21, 2010 to and including May 19, 2010 to be deemed excludable under 18 USC 3161(h)(7)(b)(iv) (X-T) is granted. Defendant stipulates to excludable time. Status hearing set for May 19, 2010 at 11:00 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|