## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 50005 - 1 | **DATE** | 5/19/2010 |
| **CASE TITLE** | USA vs. MARCUS ANDERSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer. Defendant is transferred to Judge Reinhard's calendar. Defendant's oral motion for an extension of time to May 27, 2010 to file pretrial motions is granted. Status hearing set before Judge Reinhard for May 27, 2010 at 10:00 am.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|