# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:    10 CR 50005

United States of America

v.

Marcus Anderson

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marcus Anderson

| | |
|---|---|
| NAME (Type or print) <br> Paul E. Gaziano | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Paul E. Gaziano | |
| FIRM <br> Federal Defender Program | |
| STREET ADDRESS <br> 202 W. State Street, Ste. 600 | |
| CITY/STATE/ZIP <br> Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 815-961-0800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL X | |