## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 50005 | **DATE** | 9/29/2010 |
| **CASE TITLE** | USA vs. Marcus Anderson | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Enter Judgment in a Criminal Case.

*[Signature: Philip G. Reinhard]*

Docketing to mail notices.

00:30

FILED
OCT 01 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|